# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **BILLY RAY SPENCER,** | : |
| **Plaintiff** | : |
| v. | : 5:04-CV-361 (WDO) |
| **JO ANNE BARNHART, Commissioner of Social Security,** | : |
| **Defendant** | : |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. This Social Security appeal is DISMISSED FOR FAILURE TO PROSECUTE.

**SO ORDERED this 15th day of March 2006.**

**S/ WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**